478 A.2d 89

Blessing, Appellant, v. Morgan Trailer Manufacturing.

Argued February 16, 1984. Donald F. Smith, Jr., for appellant; Richard E. Fehling, for appellees.

Before CAVANAUGH, CIRILLO and WATKINS, JJ.

Order affirmed.

478 A.2d 89

Cappetta v. Consumers Life Ins. Co., Appellant.
Petition for Allowance of Appeal
Denied Nov. 6, 1984.

Argued November 2, 1983. Jordan D. Cunningham, for appellant; Thomas E. Brenner, for appellee.

Before WICKERSHAM, WIEAND and CERCONE, JJ.

Order affirmed.